UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALAN PURDY, | ) | CASE NO. 1:25-CV-00734 |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| ENERCO GROUP, INC., | ) | **ORDER** |
| Defendant. | ) | |

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: May 21, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE